January 22, 2010

Ms. Andrea Leigh Westerfeld
Collin County District Attorney's Office
2100 Bloomdale Rd., Ste. 20004
McKinney, TX 75071
Mr. J. Matthew Goeller
Grubbs and Goeller
400 Chisholm Place, Suite 400
Plano, TX 75075

RE: Case Number: 09-0531
 Court of Appeals Number: 05-08-00875-CV
 Trial Court Number: 417-51250-07

Style: IN RE J.H.G.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Danette D. |
| |Alvarado |
| |Ms. Lisa Matz |
| |Ms. Hannah Kunkle |